# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

June 17, 2015

Before

RICHARD A. POSNER, *Circuit Judge*

ANN CLAIRE WILLIAMS, *Circuit Judge*

JOHN DANIEL TINDER *Circuit Judge*

No. 14-2704

| | |
|---|---|
| UNITED STATES OF AMERICA, | Appeal from the United States |
| *Plaintiff-Appellee*, | District Court for the Northern |
| | District of Illinois, Western Division. |
| *v.* | |
| | No. 10 CR 50078-3 |
| ROBERT PRESLEY, | |
| *Defendant-Appellant*. | Frederick J. Kapala, *Judge*. |

**CORRECTION IN OPINION ISSUED ON JUNE 11, 2015**

On page 9, AFFIRMED has been replaced with the following paragraph:

Although as mentioned we do not think the judge committed reversible error, we are ordering a limited remand to enable him to consider whether to resentence the defendant in light of the concerns expressed in this opinion.